IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN A. MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et als.<br><br>    Defendants. | CIVIL ACTION No. _____<br><br>05cv11716DPW |

### RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Per the requirements of Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Merck & Co, Inc. ("Merck"), makes the following statements regarding Merck's corporate ownership:

1. Merck is a publicly traded corporation on the New York Stock Exchange.

2. No single company currently owns more than 10% or more of Merck's stock.

                                  MERCK & CO., INC.
                                  By its attorneys:

                                  _____
                                  James J. Dillon (BBO# 124660)
                                  Lucy Fowler (BBO# 647929)
                                  Kalun Lee (BBO# 657489)
                                  FOLEY HOAG LLP
                                  155 Seaport Boulevard
                                  Boston, MA  02110-2600
                                  (617) 832-1000

Dated: August 17, 2005

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by U.S. mail on August 17, 2005, upon:

Andrew J. Tine
Haese, LLC
30 Federal Street, 3rd Floor
Boston, MA 02110

John M. Dellea
Ficksman & Conley
One Boston Place
Boston, MA 02108

Brigham & Women's Hospital
75 Francis Street
Boston, MA 02115

Dr. Peter Miller
Brigham & Women's Hospital
75 Francis Street
Boston, MA 02115

05 CV 11716 MLW

_____