(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT -  MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 050641

.......... Kathleen A. Martin .........., Plaintiff(s)

v.

.......... Merck & Co., Inc. et al. .........., Defendant(s)

**D**

## SUMMONS

To the above named ~~Defendant:~~ Merck & Co., Inc.

You are hereby summoned and required to serve upon ____Andrew J. Tine of Haese, LLC____ plaintiff's attorney, whose address is ____30 Federal St., Boston, MA 02110____, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at ____Lawrence, Essex County____ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**Barbara J. Rouse**

WITNESS, S[____], Esquire, at Salem, the
day of _____, in the year of our Lord two thousand

*Thomas H. Driscoll Jr.*
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                                                   SUPERIOR COURT
                                                                                              CIVIL ACTION
                                                                                              No. 050641

Kathleen A. Martin _____, Plaintiff(s)

v.

_____ & Co., Inc. et al. _____, Defendant(s)

## SUMMONS

Inc.

ed to serve upon ____Andrew J. Tine of Haese, LLC____

_O Federal St., Boston, MA 02110____, an answer to the

ou, within 20 days after service of this summons upon you, exclusive of the

nt by default will be taken against you for the relief demanded in the

ur answer to the complaint in the office of the Clerk of this court at

before service upon plaintiff's attorney or within a reasonable time thereafter.

13 (a), your answer must state as a counterclaim any claim which you may
of the transaction or occurrence that is the subject matter of the plaintiff's
making such claim in any other action.

**Barbara J. Rouse**

IESS, S~~UZANNE V. DELVECCHIO~~, Esquire, at Salem, the
                                                                                , in the year of our Lord two thousand

*Reference Information*

Martin, Kathleen Dr.

Andrew J. Tine

1. Article Addressed to:
Raymond V. Gilmartin
President
Merck & Co., Inc.
1 Merck Drive
Whitehouse Station, NJ 08889

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)

7140 3701 7844 7671 3537

PS Form 3811, July 2001    Domestic Return Receipt

*Thomas H. Driscoll Jr.*
                                                                                              Clerk

NOTICE TO DEFENDANT — attorney must serve a cop

**NOTES:**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.