(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No.
050641

Kathleen A. Martin ........................ , Plaintiff(s)

v.

Merck & Co. et al. ........................ , Defendant(s)

## SUMMONS

To the above named Defendant: Dartmouth Hitchcock Medical Ctr., Attn: President:

You are hereby summoned and required to serve upon Andrew J. Tine of Haese, LLC,

plaintiff's attorney, whose address is 30 Federal St., Boston, MA 02110 , an answer to the

complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the

day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the

complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at

Lawrence, MA either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Barbara J. Rouse

WITNESS, ~~███████████~~, Esquire, at Salem, the 14th
day of July , in the year of our Lord two thousand 05.

*Thomas H. Driscoll Jr.*

*Clerk*

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS



ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No.
050641

_en A. Martin_ ......................................, Plaintiff(s)

*v.*

_l Co. et al._ ......................................, Defendant(s)

**D**

### SUMMONS

_uth Hitchcock Medical Ctr., Attn: President:_

I to serve upon _Andrew J. Tine of Haese, LLC, Federal St., Boston, MA 02110_ , an answer to the

within 20 days after service of this summons upon you, exclusive of the

by default will be taken against you for the relief demanded in the

nswer to the complaint in the office of the Clerk of this court at

bre service upon plaintiff's attorney or within a reasonable time thereafter.

), your answer must state as a counterclaim any claim which you may
t transaction or occurrence that is the subject matter of the plaintiff's
ing such claim in any other action.

Barbara J. Rouse

O, Esquire, at Salem, the 14th , in the year of our Lord two thousand 05.

*Thomas H. Driscoll Jr.*
Clerk

**Reference Information**

Martin, Kathleen Dr.

Andrew J. Tine

Domestic Return Receipt — PS Form 3811, July 2—

Service Type CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)    Yes

1. Article Addressed to:

President
Dartmouth-Hitchcock Medical Center
One Medical Drive
Lebanon, NH 03756

7140 3901 9944 7671 3620

2. Article Number

NOTICE TO DEFENDANT — attorney must serve a copy of

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.