(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 050641

_Kathleen A. Martin_ ........................................., Plaintiff(s)

v.

_Merck & Co. et al._ ........................................., Defendant(s)

**D**

## SUMMONS

To the above named ~~Defendant~~ Dr. Roshini-Brito Powell:

You are hereby summoned and required to serve upon _Andrew J. Tine of Hude, LLC,_ plaintiff's attorney, whose address is _30 Federal St., Boston, MA 02110_, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at _Lawrence, MA_ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, ~~Barbara J. Rouse~~, Esquire, at Salem, the _14th_ day of _July_, in the year of our Lord two thousand _05_.

_Thomas H. Driscoll Jr._
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No.

050641

en A. Martin ......................., Plaintiff(s)

v.

..Co... et al............................., Defendant(s)

D

## SUMMONS

Shini-Pinto Powell:

to serve upon Andrew J. Tine of Hude, LLC, Federal St., Boston, MA 02110, an answer to the

within 20 days after service of this summons upon you, exclusive of the

default will be taken against you for the relief demanded in the

swer to the complaint in the office of the Clerk of this court at

e service upon plaintiff's attorney or within a reasonable time thereafter.

your answer must state as a counterclaim any claim which you may transaction or occurrence that is the subject matter of the plaintiff's g such claim in any other action.

**Barbara J. Rouse**, Esquire, at Salem, the 14th , in the year of our Lord two thousand 05.

*Thomas H. Driscoll Jr.*
Clerk

**Reference Information**

Martin, Kathleen Dr.

Andrew J. Tine

1. Article Addressed to:
Dr. Roshini Pinto-Powell
Dartmouth-Hitchcock Medical Center
One Medical Drive
Lebanon, NH 03756

3. Service Type CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
7140 3701 1444 0443 4454

PS Form 3811, July 2001    Domestic Return Receipt

NOTICE TO DEFENDANT attorney must serve a copy

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.