(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                                                                          SUPERIOR COURT
                                                                                                                    CIVIL ACTION
                                                                                                                    No. 050641

_Kathleen A. Martin_ , Plaintiff(s)

v.

_Merck & Co. et al._ , Defendant(s)

## SUMMONS

To the above named ~~Defendant~~: Dr. Charles Carr:

You are hereby summoned and required to serve upon _Andrew J. Tine of Haese, LLC_, plaintiff's attorney, whose address is _30 Federal St., Boston, MA 02110_ , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at _Lawrence, MA_ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**Barbara J. Rouse**
WITNESS, ████████████ Esquire, at Salem, the 14th
day of  July  , in the year of our Lord two thousand 05.

_Thomas H. Driscoll Jr._
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 050641

................Kathleen A. Martin................, Plaintiff(s)

v.

................& Co. et al................., Defendant(s)

## SUMMONS

Charles Carr:

1 to serve upon Andrew J. Tine of Haese, LLC, Federal St., Boston, MA 02110, an answer to the

1, within 20 days after service of this summons upon you, exclusive of the

t by default will be taken against you for the relief demanded in the

answer to the complaint in the office of the Clerk of this court at

efore service upon plaintiff's attorney or within a reasonable time thereafter.

(a), your answer must state as a counterclaim any claim which you may the transaction or occurrence that is the subject matter of the plaintiff's naking such claim in any other action.

**Barbara J. Rouse**

SS, ~~████~~ Esquire, at Salem, the 14th
July, in the year of our Lord two thousand 05.

*Thomas H. Driscoll*
Clerk

**Certified mail receipt:**
7140 3901 7844 0443 6461
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:
Dr. Charles Carr
Dartmouth-Hitchcock Medical Center
One Medical Drive
Lebanon, NH 03756

**Return Receipt:**
A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

Reference Information:
Martin, Kathleen Dr.
Andrew J. Tine

PS Form 3811, July 2001   Domestic Return Receipt

NOTICE TO DEFE[NDANT] — attorney must serve [either you or your]

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.