```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

KATHLEEN MARTIN,            )
     Plaintiff,             )
                            )    C.A. No. 05-11716-MLW
          v.                )
                            )
MERCK & CO., INC.,          )
     Defendant.             )
                                 ORDER
```

WOLF, D.J.                                          August 25, 2005

I hereby RECUSE myself pursuant to 28 U.S.C. §455(a). Accordingly, this case is hereby returned to the Clerk to be randomly reassigned.

                                    /s/ MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE