IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05CV11716-ML\

| | |
|---|---|
| KATHLEEN A. MARTIN )<br>    Plaintiff )<br> )<br>v. )<br> )<br>MERCK & CO., INC., DARTMOUTH- )<br>HITCHCOCK MEDICAL CENTER, )<br>DR. ROSHINI PINTO POWELL, )<br>DR. CHARLES CARR, BRIGHAM )<br>AND WOMEN'S HOSPITAL AND )<br>DR. PETER J. MILLETT, )<br>    Defendants ) | **NOTICE OF APPEARANCE** |

To The Above Named Court:

Kindly enter our appearance on behalf the defendants, Brigham and Women's Hospita and Dr. Peter J. Millett in the above captioned matter.

_____
Edward F. Mahoney (BBO No. 546436)
Maria L. Mazur (BBO No. 642612)
Attorneys for the Defendant,
Peter J. Millett, M.D.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Maria L. Mazur, counsel for defendant, Peter J. Millett, M.D, hereby certify that on 13th day of September, 2005, I served the foregoing by mailing a copy thereof, postage prepai to:

Andrew Tine, Esq.
Haese, LLC
30 Federal Street, 3rd Floor
Boston, MA 02110

James Dillon, Esq.
Foley Hoag, LLP
155 Seaport Boulevard
Boston, MA 02210

John Dellea, Esq.
Ficksman & Conley
98 N. Washington Street
Boston, MA 02114

*[signature]*
Edward F. Mahoney (BBO No. 546436)
Maria L. Mazur (BBO No. 642612)
Attorneys for the Defendant,
Peter J. Millett, M.D.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114
(617) 227-3240