IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KATHLEEN A. MARTIN )
    Plaintiff )
  )
v. ) CIVIL ACTION NO.: 05CV11716-MLW
  )
MERCK & CO., INC., DARTMOUTH- )
HITCHCOCK MEDICAL CENTER, )
DR. ROSHINI PINTO POWELL, )
DR. CHARLES CARR, BRIGHAM )
AND WOMEN'S HOSPITAL AND )
DR. PETER J. MILLETT, )
    Defendants )

**CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT,
BRIGHAM AND WOMEN'S HOSPITAL PURUSANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the defendant, Brigham and Women's Hospital states that it has no parent corporation and that, to the best of its knowledge, no other publicly held corporation controls or owns ten (10) percent or more of its stock.

                                                            _____
                                                            Edward F. Mahoney (BBO No. 546436)
                                                            Maria L. Mazur (BBO No. 642612)
                                                             Attorneys for the Defendant,
                                                             Brigham and Women's Hospital
                                                             Martin, Magnuson, McCarthy & Kenney
                                                             101 Merrimac Street
                                                             Boston, MA 02114
                                                             (617) 227-3240

## CERTIFICATE OF SERVICE

I, Maria L. Mazur, counsel for defendant, Peter J. Millett, M.D, hereby certify that on 13th day of September, 2005, I served the foregoing by mailing a copy thereof, postage prepai to:

Andrew Tine, Esq.
Haese, LLC
30 Federal Street, 3rd Floor
Boston, MA 02110

James Dillon, Esq.
Foley Hoag, LLP
155 Seaport Boulevard
Boston, MA 02210

John Dellea, Esq.
Ficksman & Conley
98 N. Washington Street
Boston, MA 02114

/s/ Maria L. Mazur
Edward F. Mahoney (BBO No. 546436)
Maria L. Mazur (BBO No. 642612)
Attorneys for the Defendant,
Brigham and Women's Hospital
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

4