IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05CV11716-MLW

| | | |
|---|---|---|
| KATHLEEN A. MARTIN<br>Plaintiff | )<br>)<br>) | |
| v. | )<br>)<br>) | MOTION OF DEFENDANT, BRIGHAM<br>AND WOMEN'S HOSPITAL, TO DISMISS<br>PLAINTIFF'S CLAIMS PURSUANT TO |
| MERCK & CO., INC., DARTMOUTH-<br>HITCHCOCK MEDICAL CENTER,<br>DR. ROSHINI PINTO POWELL,<br>DR. CHARLES CARR, BRIGHAM<br>AND WOMEN'S HOSPITAL AND<br>DR. PETER J. MILLETT,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) | FED. R. CIV. P. 8(a)(2) and (e)(1) and<br>12(b)(6) |

Now comes the defendant, Brigham and Women's Hospital, and pursuant to Federal Rules of Civil Procedure 8(a)(2) and (e)(1) and 12(b)(6), moves to dismiss plaintiff's Complai against it. As grounds for this Motion, counsel for the defendant submits that plaintiff has fail to give this defendant fair notice of what the plaintiff's claims are and the grounds upon whicl they rest. Counsel also submits that, accepting all inferences in favor of the plaintiff, there are set of circumstances where the plaintiff would be entitled to relief under the law. As additione grounds, the defendant relies on the attached memorandum of law.

WHEREFORE, the defendant, Brigham and Women's Hospital, respectfully requests t Court to grand this Motion and dismiss plaintiff's Complaint against it with prejudice.

Respectfully submitted,

*/s/ Maria L. Mazur*

Edward F. Mahoney (BBO No. 546436)
Maria L. Mazur (BBO No. 642612)
Attorneys for Defendant,
 Brigham and Women's Hospital
MARTIN, MAGNUSON, MCCARTHY
 & KENNEY
101 Merrimac Street
Boston, Massachusetts 02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Maria L. Mazur, counsel for defendant, Brigham and Women's Hospital, hereby cert that on the 13th day of September, 2005, I served the forgoing by mailing a copy thereof, posta prepaid to:

Andrew Tine, Esq.
Haese, LLC
30 Federal Street, 3rd Floor
Boston, MA 02110

John Dellea, Esq.
Ficksman & Conley
98 N. Washington Street
Boston, MA 02114

James Dillon, Esq.
Foley Hoag, LLP
155 Seaport Boulevard
Boston, MA 02210

*/s/ Maria L. Mazur*

Edward F. Mahoney (BBO No. 546436)
Maria L. Mazur (BBO No. 642612)
Attorneys for the Defendant,
Brigham and Women's Hospital
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

2