UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   05-11716-MLW

Title: Martin v. Merck & Co., et als

**NOTICE**

Please take notice that the above-entitled case previously assigned to

Judge  Wolf  has been transferred to Judge  Woodlock

for all further proceedings. From this date forward the case number on all pleadings

should be followed by the initials DPW

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:  *Kathleen Boyce*
Deputy Clerk

Date: 9/22/05

_____   Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 3/7/2005)