IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN A. MARTIN,<br><br>            Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>            Defendants. | CIVIL ACTION No. 05-11716-MLW |

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MERCK'S MOTION TO STAY**

Defendant Merck & Co., Inc. ("Merck"), through its undersigned counsel, hereby requests leave of the Court, pursuant to Local Rule 7.1(B)(3), to file a Reply to Plaintiff's Opposition to Merck's Motion to Stay, filed herewith. As grounds for this Motion, Merck states that the Reply Brief is necessary to correct factual misstatements contained in Plaintiff's opposition brief. Merck believes that consideration of the Reply Brief will be helpful to the Court in resolving the pending motion. respectfully moves for leave to file a Reply to Plaintiff's Opposition to Merck's Motion to Stay.

MERCK & CO., INC.
By its attorneys:

/s/ Lucy Fowler
James J. Dillon (BBO# 124660)
Lucy Fowler (BBO# 647929)
Kalun Lee (BBO# 657489)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: September 26, 2005

## CERTIFICATE OF SERVICE

      I certify that a true copy of the foregoing document was served on September 26, 2005 electronically upon:

Andrew J. Tine, Esq.
Haese, LLC
30 Federal Street, 3rd Floor
Boston, MA 02110

John M. Dellea, Esq.
Ficksman & Conley, LLP
98 N. Washington Street
Boston, MA 02114

Maria L. Mazur, Esq.
Martin Magnuson McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114

                                                    /s/ Lucy Fowler

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

      Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendant Merck & Co. Inc. conferred with counsel for plaintiff on this motion, and that counsel for plaintiff does not assent to this motion.

                                                    /s/ Lucy Fowler
                                                    Lucy Fowler