IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN A. MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | CIVIL ACTION No. 05-11716-MLW |

**MERCK'S MEMORANDUM SUBMITTED IN REPLY TO PLAINTIFF'S OPPOSITION TO MERCK'S MOTION TO STAY**

Defendant Merck & Co., Inc. ("Merck"), through its undersigned counsel, hereby submits this Reply Memorandum in Response to Plaintiff's Opposition to Merck's Motion to Stay ("Opposition" or "Plaintiff's Oppositions").

1.  Staying this case, including all pending motions, pending its transfer to *In re VIOXX Prods. Liab. Litig.*, MDL-1657, the multidistrict proceeding in the Eastern District of Louisiana will not, as Plaintiff alleges in her Opposition, delay the resolution of these issues. Contrary to Plaintiff's assertions concerning the situation at the Eastern District of Louisiana in the aftermath of Hurricane Katrina, the court in Louisiana has already established a procedure for accepting filings at the temporary offices of the Clerk of Court for the Eastern District of Louisiana in Lafayette, Louisiana. *See* Notice to All Counsel, *In re VIOXX Prods. Liab. Litig.*, MDL-1657, September 15, 2005 (attached hereto as Exhibit A). The MDL court is capable of resolving the issues presented by Plaintiff's Motion to Remand, and staying this litigation pending its final transfer to the MDL will serve judicial economy by consolidating this case with countless similar cases in one proceeding.

2. Since Plaintiff filed her Opposition to Merck's Motion to Stay, the Judicial Panel on Multidistrict Litigation ("JPML") issued Conditional Transfer Order No. 24 on September 16, 2005, transferring this matter to the consolidated proceedings in Louisiana pending any party's objection to that transfer within 15 days. *See* Conditional Transfer Order No. 24 (attached hereto as Exhibit B). In doing so, the JPML found that this matter "involve[s] questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon." See Conditional Transfer Order No. 24. This court should therefore stay this action and permit the MDL court to complete transfer of this case (and any objections thereto), to rule on the many pending motions in this case, and to conduct coordinated pretrial proceedings for this and countless similar actions.

3. As Merck argued in its Motion to Stay, judicial economy mandates a stay in this case. Because this case has already been transferred to the MDL in Conditional Transfer Order No. 24, allowing this matter to proceed here, including ruling on the pending motions, risks duplicating the work of pretrial proceedings and discovery in the MDL. In addition, staying the case avoids the possibility of conflicting rulings between this court and the MDL. For these reasons, many other courts, including this one, have concluded that staying VIOXX® cases pending their coordination in the MDL is the most sound use of judicial resources. *See Lach v. Merck & Co., Inc.*, No. 05-CV-10583-PBS (D. Mass. Apr. 25, 2005).

- 3 -

          MERCK & CO., INC.
          By its attorneys:

          /s/ Lucy Fowler
          James J. Dillon (BBO# 124660)
          Lucy Fowler (BBO# 647929)
          Kalun Lee (BBO# 657489)
          FOLEY HOAG LLP
          155 Seaport Boulevard
          Boston, MA  02110-2600
          (617) 832-1000

Dated:  September 26, 2005

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served on September 26, 2005 electronically upon:

Andrew J. Tine, Esq.
Haese, LLC
30 Federal Street, 3rd Floor
Boston, MA 02110

John M. Dellea, Esq.
Ficksman & Conley, LLP
98 N. Washington Street
Boston, MA  02114

Maria L. Mazur, Esq.
Martin Magnuson McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA  02114

          /s/ Lucy Fowler

# EXHIBIT A



Sep 15 2005 12:10PM  6706352

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

### NOTICE TO ALL COUNSEL

Effective immediately, all filings in this case should be made at the temporary offices of the Clerk of Court for the Eastern District of Louisiana located at 102 Versailles Street, Suite 501, Lafayette, Louisiana 70501. Telephone number (337) 262-6700. Although filings can be made in Houston, Texas, Baton Rouge, Louisiana, and Houma, Louisiana, the Court requests that the filings be made in Lafayette whenever possible.

# EXHIBIT B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 6 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-24)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,551 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Case 1:05-cv-11716-DPW   Document 25   Filed 09/26/2005   Page 8 of 9
Fax sent by : 2025022888   JUDICIAL PANEL - MDL   09-16-05 15:01   Pg: 5/6

PAGE 1 of 2

## SCHEDULE CTO-24 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 7 05-1763 | Gary Oswalt v. Merck & Co., Inc. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-5867 | Joyce Moore, et al. v. California Hospital Medical Center-Los Angeles, et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-3237 | Christopher Dunn v. Merck & Co., Inc. |
| CAN 3 05-3361 | Alan Ruckert v. Merck & Co., Inc. |
| CAN 3 05-3362 | Elsie Shuely v. Merck & Co., Inc. |
| **CONNECTICUT** | |
| CT 3 05-1275 | Patricia J. Davis, etc. v. Merck & Co., Inc. |
| **FLORIDA MIDDLE** | |
| FLM 8 05-1535 | Edward Jackson v. Merck & Co., Inc. |
| **FLORIDA SOUTHERN** | |
| FLS 1 05-22170 | Gloria Levine, et al. v. Merck & Co., Inc. |
| FLS 1 05-22287 | Dorothy Tomlinson v. Merck & Co., Inc. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 05-601 | Norma Henderson, etc. v. Merck & Co., Inc. |
| **KENTUCKY WESTERN** | |
| KYW 1 05-113 | William Warinner v. Merck & Co., Inc. |
| KYW 1 05-114 | Frances Skaggs v. Merck & Co., Inc. |
| KYW 1 05-115 | William Flatt v. Merck & Co., Inc. |
| KYW 1 05-116 | LaRue Turner v. Merck & Co., Inc. |
| KYW 1 05-117 | Jimmie Kinnard v. Merck & Co., Inc. |
| KYW 4 05-119 | Clara I. Durall v. Merck & Co., Inc. |
| KYW 4 05-120 | Elmer Nelson v. Merck & Co., Inc. |
| KYW 4 05-121 | Janice Stover v. Merck & Co., Inc. |
| **MASSACHUSETTS** | |
| MA 1 05-11716 | Kathleen Martin v. Merck & Co., Inc. |
| **MARYLAND** | |
| MD 8 05-2073 | Vivian Shinberg v. Merck & Co., Inc. |
| **MINNESOTA** | |
| MN 0 05-1876 | Sandra L. Day, etc. v. Merck & Co., Inc. |
| **MISSOURI EASTERN** | |
| MOE 4 05-1268 | Michael Elder, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-1272 | Nina Cook, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-1273 | George Likins, et al. v. Merck & Co., Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-724 | John Johnson v. Merck & Co., Inc. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-7241 | Emanuel Makropoulos, et al. v. Merck & Co., Inc. |

SCHEDULE CTO-24 TAG-ALONG ACTIONS (MDL-1657)                          PAGE 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NYS 1 05-7242 | Jilly Boiangiu, et al. v. Merck & Co., Inc. |
| NYS 1 05-7301 | Douglas A. Spalter, et al. v. Merck & Co., Inc., et al. |
| **OHIO SOUTHERN** | |
| OHS 2 05-787 | Dennis Hawk v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 05-587 | Diane Mitchell, et al. v. Merck & Co., Inc., et al. |
| PAE 2 05-4322 | Carl Howard, et al. v. Merck & Co., Inc., et al. |
| **TENNESSEE EASTERN** | |
| TNE 3 05-388 | George T. Grubb v. Merck & Co., Inc. |
| **TENNESSEE WESTERN** | |
| TNW 1 05-1231 | Hazel Pearson v. Merck & Co., Inc. |
| **TEXAS EASTERN** | |
| TXE 1 05-567 | Alison Nettles, et al. v. Medical Center of Southeast Texas, LP, et al. |
| TXE 2 05-366 | Dale R. Anderson, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-367 | Vince Andrade, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-368 | Mary E. Barclay v. Merck & Co., Inc., et al. |
| TXE 2 05-369 | John S. Breeding, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-370 | Barbara D. Brice, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-371 | Guadalupe Duran, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-372 | Mary D. Gonzales, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-373 | Sharon L. Kelly v. Merck & Co., Inc., et al. |
| TXE 2 05-374 | Johnny Prado, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-375 | Lee St. John, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-376 | S. Susan J. Preston, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-377 | Mona L. Price v. Merck & Co., Inc., et al. |
| TXE 2 05-378 | Susan C. Rogers, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-379 | Mary R. Ruiz, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-381 | Anita A. Shannon, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-382 | Martha A. Shull, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-383 | Andrew E. Sisneros, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-384 | Johnny M. Wallace, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-385 | Donna R. Wesley v. Merck & Co., Inc., et al. |
| TXE 2 05-390 | Jean E. Badger v. Merck & Co., Inc., et al. |
| TXE 2 05-391 | Fannie L. Frazier v. Merck & Co., Inc., et al. |
| TXE 2 05-392 | Cleta A. Johnson, et al. v. Merck & Co., Inc. |
| TXE 2 05-393 | Peggy J. Newman v. Merck & Co., Inc., et al. |
| TXE 2 05-394 | Paula S. Quattlebaum v. Merck & Co., Inc., et al. |
| TXE 2 05-397 | Josefina R. Rivera v. Merck & Co., Inc., et al. |
| TXE 2 05-398 | Joe Sullivan, et al. v. Merck & Co., Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 05-2864 | Blair Justice, Ph.D., et al. v. Merck & Co., Inc. |
| TXS 4 05-2865 | Chris Connally, et al. v. Merck & Co., Inc. |
| **TEXAS WESTERN** | |
| TXW 6 05-305 | Charlotte Leifester v. Merck & Co., Inc. |
| **WASHINGTON WESTERN** | |
| WAW 2 05-1419 | Thomas Dunlap, et al. v. Merck & Co., Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 1 05-665 | Annie Potter v. Merck & Co., Inc. |
| WVS 1 05-668 | Lucy Kidd v. Merck & Co., Inc. |
| WVS 5 05-663 | Jency J. Tincher, et al. v. Merck & Co., Inc. |