IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KATHLEEN A. MARTIN,

        Plaintiff,

v.

MERCK & CO., INC., et al.,

        Defendants.

Civil Action No. 05-11716-DPW

**MERCK & CO., INC.'S RESPONSE TO MOTION OF DEFENDANT
BRIGHAM AND WOMEN'S HOSPITAL TO DISMISS PLAINTIFF'S CLAIMS
PURSUANT TO FED. R. CIV. P. 8(a)(2) and (e)(1) and 12(b)(6)**

Defendant Brigham and Women's Hospital ("Brigham") filed a Motion to Dismiss on the grounds that the Complaint failed to give notice of the claims and grounds for any such claims. Merck & Co., Inc. ("Merck") concurs that the Complaint does not state a genuine claim against Brigham and cites that as evidence that Brigham has been fraudulently joined in an attempt to defeat Merck's right to litigate this case in the United States District Court.

Merck has moved for a stay and asks that all motions be deferred pending transfer of this case to *In re Vioxx Products Liab. Litig.*, No. 1657 ("VIOXX® MDL"). The reasons for that

- 2 -

deferral are set out in Merck's Opposition to Plaintiff's Motion to Remand and in Merck's Motion to Stay, both of which are incorporated herein by reference.

          MERCK & CO., INC.
By its attorneys:

/s/ Kalun Lee
James J. Dillon (BBO# 124660)
Lucy Fowler (BBO# 647929)
Kalun Lee (BBO# 657489)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: September 30, 2005

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served on September 30, 2005 electronically upon:

Andrew J. Tine, Esq.
Haese, LLC
30 Federal Street, 3rd Floor
Boston, MA 02110

and by U.S. mail upon:

John M. Dellea, Esq.
Ficksman & Conley, LLP
98 N. Washington Street
Boston, MA 02114

Maria L. Mazur, Esq.
Martin Magnuson McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114

/s/ Lucy Fowler