IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN A. MARTIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERCK & CO., INC., DARTMOUTH- )<br>HITCHCOCK MEDICAL CENTER, )<br>DR. ROSHINI PINTO POWELL, )<br>DR. CHARLES CARR, BRIGHAM )<br>AND WOMEN'S HOSPITAL AND )<br>DR. PETER J. MILLETT, )<br>)<br>Defendants. )<br>) | C.A. NO.: 05-CV-11716-MLW |

### Notice of Appearance

Please enter the appearance of Glenn H. Haese of Haese, LLC, 30 Federal Street, 3rd Floor, Boston, MA 02110 on behalf of the Plaintiff Kathleen A. Martin.

Respectfully submitted,
Plaintiff,
By her attorney,

Glenn H. Haese (BBO No. 662939)
Haese, LLC
30 Federal Street
3 rd Floor
Boston, MA 021110
Phone: 617-428-0266
Facsimile: 617-428-0276

## Certificate of Service

I hereby certify that the above document is being served upon the following counsel of record by U.S. mail, postage prepaid thereon, and facsimile this 10th day of March, 2006.

James J. Dillon (BBO# 124660)
FOLEY HOAG LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02110-2600

John M. Dellea, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

Maria L. Mazur, Esq.
Martin Magnuson McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keeve Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Phillip A. Whittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

_____
Glenn H. Hasse