**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Kalun Lee
Boston Office
617.832.3065
klee@foleyhoag.com

March 28, 2006

**By Electronic Filing**

Michelle Rynne
Court Clerk to the Honorable Douglas P. Woodlock
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    *Kathleen Martin v. Merck & Co., Inc., et al.*
             C.A. No. 05-CV-11716-DPW

Dear Ms. Rynne:

    The *Martin* case has been transferred by order of the Judicial Panel on Multidistrict Litigation to the Eastern District of Louisiana. The accompanying copy of the transfer order notes that the cases listed on the order, including the *Martin* matter, were transferred as of February 15, 2006.

    In light of the transfer of this action, jurisdiction of this case is now before the Honorable Eldon E. Fallon in the Eastern District of Louisiana.

    Thank you for your attention to this matter.

                                      Sincerely,

                                      /s/ Kalun Lee
                                      Kalun Lee

KL
cc:    Andrew J. Tine, Esq.
        John M. Dellea, Esq.
        Maria L. Mazur, Esq.

attachment

A CERTIFIED TRUE COPY

FEB 14 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED JUDICIAL PANEL ON
U.S. DISTRICT COURT MULTIDISTRICT LITIGATION
EASTERN DISTRICT OF LA
FEB 14 2006

2006 FEB 15 PM 3:14
FILED
CLERK'S OFFICE
LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

SECT. L MAG 3

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

## *TRANSFER ORDER*

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in 80 actions and by health care defendants in the District of Massachusetts action and the Western District of Texas action to vacate the Panel's orders conditionally transferring the actions listed on Schedule A to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in this docket. Merck & Co., Inc., favors inclusion of these actions in MDL-1657 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Louisiana. Transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Any pending motions to remand to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for the reasons expressed in the original order directing centralization in this docket. In that order, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for actions involving claims of liability for allegedly adverse effects arising from the ingestion of Vioxx. *See In re Vioxx Products Liability Litigation*, 360 F.Supp.2d 1352 (J.P.M.L. 2005).

Some opposing plaintiffs and the health care defendants argue that the presence of individual and/or local questions of fact as well as differing legal theories should militate against inclusion of these actions in MDL-1657 proceedings. We are unpersuaded by these arguments. Inclusion of these actions in Section 1407 proceedings has the salutary effect of placing all the related actions before a single judge who can formulate a pretrial program that: 1) prevents repetition of previously considered matters;

---

[*] Judge Motz took no part in the decision of this matter.

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No____

M00612012

- 2 -

2) allows pretrial proceedings with respect to any non-common issues to proceed concurrently with pretrial proceedings on common issues, *In re Multi-Piece Rim Products Liability Litigation*, 464 F.Supp. 969, 974 (J.P.M.L. 1979); and 3) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. *See In re StarLink Corn Products Liability Litigation*, 152 F.Supp.2d 1378 (J.P.M.L. 2001). It may be, on further refinement of the issues and close scrutiny by the transferee judge, that some claims or actions can be remanded to their transferor districts for trial in advance of the other actions in the transferee district. Should the transferee judge deem remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L.,199 F.R.D. at 436-38.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

M006120013

## SCHEDULE A

<u>MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation</u>

| | EDLA SEC. L/3 |
|---|---|
| <u>Middle District of Alabama</u> | |
| *Theatus Rawdon Beaty v. Merck & Co., Inc., et al.*, C.A. No. 2:05-880 | 06-722 |
| <u>Southern District of Illinois</u> | |
| *Elvin Elswick v. Merck & Co., Inc., et al.*, C.A. No. 3:05-645 | 06-723 |
| *Stanely McNulty v. Merck & Co., Inc., et al.*, C.A. No. 3:05-661 | 06-724 |
| *Gary Grizzell v. Merck & Co., Inc., et al.*, C.A. No. 4:05-4170 | 06-725 |
| <u>Eastern District of Kentucky</u> | |
| *Ronald E. Smith, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-68 | 06-726 |
| *James Parsons, et al. v. Merck & Co., Inc.*, C.A. No. 5:05-412 | 06-727 |
| *Gene Patterson, et al. v. Merck & Co., Inc.*, C.A. No. 5:05-413 | 06-728 |
| *Maudie F. Jones, et al. v. Merck & Co., Inc.*, C.A. No. 5:05-425 | 06-729 |
| *Gerlene Stacy v. Merck & Co., Inc.*, C.A. No. 6:05-525 | 06-730 |
| *Bonnie Engle v. Merck & Co., Inc.*, C.A. No. 6:05-565 | 06-731 |
| *James T. Bevins, et al. v. Merck & Co., Inc.*, C.A. No. 7:05-317 | 06-732 |
| *James Howell, et al. v. Merck & Co., Inc.*, C.A. No. 7:05-330 | 06-733 |
| <u>Western District of Kentucky</u> | |
| *Elvis Meadors v. Merck & Co., Inc., et al.*, C.A. No. 1:05-136 | 06-734 |
| *Harold Reiser v. Merck & Co., Inc., et al.*, C.A. No. 1:05-156 | 06-735 |
| *James W. Thompson, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-549 | 06-736 |
| *Jerry W. Kinslow, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-550 | 06-737 |
| *Carl D. Mahan, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-565 | 06-738 |
| *Samuel Bain, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-566 | 06-739 |
| *Wenceslaus Klimesh, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-568 | 06-740 |
| *Glen Kelly v. Merck & Co., Inc.*, C.A. No. 3:05-569 | 06-741 |
| *Barry M. Kinslow v. Merck & Co., Inc.*, C.A. No. 3:05-570 | 06-742 |
| *Barbara A. Reeves, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-571 | 06-743 |
| *Betty Wooldridge, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-572 | 06-744 |
| *Bernice Eversole, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-573 | 06-745 |
| *Earl G. Crank, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-581 | 06-746 |
| *Phillip Metcalf, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-582 | 06-747 |
| *Allen Dowell, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-585 | 06-748 |
| *Lois Zoll v. Merck & Co., Inc.*, C.A. No. 3:05-586 | 06-749 |
| *Helen Dennison v. Merck & Co., Inc.*, C.A. No. 3:05-587 | 06-750 |
| *Lana Yaggie, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-588 | 06-751 |
| *Kim Young, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-589 | 06-752 |
| *William E. Garrett, et al. v Merck & Co., Inc.*, C.A. No. 3:05-590 | 06-753 |

- A2 -

## Western District of Kentucky (continued)

|  | EDLA SEC. L/3 |
|---|---|
| *William M. Adams, Jr., et al. v. Merck & Co., Inc.*, C.A. No. 3:05-591 | 06-754 |
| *Linda Howard, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-592 | 06-755 |
| *Richard Wigginton, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-593 | 06-756 |
| *Sharon McDonald v. Merck & Co., Inc., et al.*, C.A. No. 3:05-595 | 06-757 |
| *Dennie Miller, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-600 | 06-758 |
| *David G. Thomas v. Merck & Co., Inc.*, C.A. No. 3:05-601 | 06-759 |
| *George R. Hubbard, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-602 | 06-760 |
| *Joseph E. Newton, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-603 | 06-761 |
| *Elmer Smith, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-605 | 06-762 |
| *Violet Bailey, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-606 | 06-763 |
| *Joyce Skillman v. Merck & Co., Inc.*, C.A. No. 3:05-607 | 06-764 |
| *Charles Ball, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-608 | 06-765 |
| *Lucky Daniels, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-609 | 06-766 |
| *Lovell S. Cottrell, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-610 | 06-767 |
| *Charles Orange, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-615 | 06-768 |
| *Earl J. Estep, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-616 | 06-769 |
| *Michael T. Mooney, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-617 | 06-770 |
| *Juanita King v. Merck & Co., Inc.*, C.A. No. 3:05-618 | 06-771 |
| *Marjorie Staten, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-619 | 06-772 |
| *Bernard Griffin, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-620 | 06-773 |
| *Anthony Long, etc. v. Merck & Co., Inc.*, C.A. No. 3:05-621 | 06-774 |
| *Cleo D. Gilbert, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-622 | 06-775 |
| *Vanessa Wisenbaler v. Merck & Co., Inc.*, C.A. No. 3:05-626 | 06-776 |
| *Charles Nantz, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-627 | 06-777 |
| *Annie Hendrix v. Merck & Co., Inc.*, C.A. No. 3:05-628 | 06-778 |
| *Carolyn A. Ward v. Merck & Co., Inc.*, C.A. No. 3:05-629 | 06-779 |
| *William E. Kaufman, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-630 | 06-780 |
| *Donna C. Russel, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-631 | 06-781 |
| *Delbert Rakes, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-632 | 06-782 |
| *Timmy Glass, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-646 | 06-783 |

## District of Massachusetts

| *Kathleen Martin v. Merck & Co., Inc., et al.*, C.A. No. 1:05-11716 | 06-784 |
|---|---|

## Eastern District of Missouri

| *Michael Elder, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1268 | 06-785 |
|---|---|
| *Nina Cook, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1272 | 06-786 |
| *George Likins, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1273 | 06-787 |
| *Tyrone Dawson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1291 | 06-788 |
| *Evelyn Light, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1463 | 06-789 |
| *Fulton Lacy, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1465 | 06-790 |

M00612015

- A3 -

| | EDLA SEC. L/3 |
|---|---|

### Eastern District of Missouri (continued)

| | |
|---|---|
| *Roberta Sterling, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1466 | 06-791 |
| *Betty Jean Gant et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1490 | 06-792 |
| *Jane Latham, et al. v. Merrck & Co., Inc., et al.*, C.A. No. 4:05-1491 | 06-793 |
| *Jefferson Euell, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1497 | 06-794 |
| *Barbara Gustin, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1514 | 06-795 |
| *Martin Zide, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1520 | 06-796 |
| *Ginger Hugo, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1557 | 06-797 |

### Western District of Missouri

| | |
|---|---|
| *Jimmie Collins v. Merck & Co., Inc., et al.*, C.A. No. 3:05-5142 | 06-798 |

### Southern District of New York

| | |
|---|---|
| *Douglas A. Spalter, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-7301 | 06-799 |

### Western District of New York

| | |
|---|---|
| *Brian North v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6475 | 06-800 |

### Eastern District of Tennessee

| | |
|---|---|
| *James E. Queen, et al. v. Merck & Co., Inc.*, C.A. No. 1:05-283 | 06-801 |

### Western District of Texas

| | |
|---|---|
| *Sulema L. Banda, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:05-950 | 06-802 |

M00612016

# INVOLVED COUNSEL LIST
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

T. Scott Allen
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019-2133

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Gregory J. Bubalo
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Brown & Williamson Tower
Louisville, KY 40202

Evan D. Buxner
Walther Glenn Law Associates
1034 South Brentwood Blvd.
Suite 1300
St. Louis, MO 63117

John J. Carey
Carey & Danis, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

John A. Combs
Frost, Brown & Todd, L.L.C.
250 West Main Street, Suite 2700
Lexington, KY 40507-1742

Thomas A. Countryman
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Lawrence T. D'Aloise, Jr.
Clark, Gagliardi & Miller, P.C.
99 Court Street
White Plains, NY 10601-4265

John M. Dellea
Ficksman & Conley, LLP
98 North Washington Street, Suite 500
Boston, MA 02114

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza, Suite 2600
St Louis, MO 63101

Aaron K. Dickey
Goldenberg, Miller, Heller
& Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025-0959

James J. Dillon
Foley Hoag, LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
511 Union Street, Suite 2700
Nashville, TN 37219

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Robert T. Ebert, Jr.
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

James P. Frickleton
Bartimus, Frickleton, Robertson
& Obetz, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Deborah R. Lewis
Law Offices of Deborah R. Lewis, PLLC
P.O. Drawer 1179
Hazard, KY 41702

Gary S. Logsdon
Logsdon & Hawkins, P.S.C.
1647 Scottsville Road
P.O. Box 3400
Bowling Green, KY 42102-3400

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Edward F. Mahoney
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114-4716

Kurt W. Maier
English, Lucas, Priest & Owsley, LLP
1101 College Street
P.O. Box 770
Bowling Green, KY 42102-0770

Chad Matthews
Sanes & Matthews
3027 Marina Bay Drive, Suite 320
League City, TX 77573

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Ronald E. Mitchell
Blanchard, Robertson, Mitchell & Carter,
P.C.
320 W. Fourth Street
Joplin, MO 64802

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 West Main Street, Suite 2700
Lexington, KY 40507-1749

John P. Rahoy
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 South Fourth Street, Suite 800
Louisville, KY 40202

Roberto Serna
Law Office of Roberto Serna
P.O. Box 603
Crystal City, TX 78839

Michael D. Shalhoub
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Ave.
New York, NY 10016

Donald G. Smith
Donald G. Smith Law Offices, PLLC
470 Main Street, Suite 3
P.O. Box 600
Hazard, KY 41702

Randy J. Soriano
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza, Suite 2600
St. Louis, MO 63101

Stephen M. Strum
Sandberg, Phoenix & Von Gontard
One City Centre, 15th Floor
St. Louis, MO 63101-1880

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

Andrew K. Tine
Haese, LLC
30 Federal Street, Third Floor
Boston, MA 02110

David A. Trevey
Lynn, Fulkerson, Nichols & Kinkel, PLLC
267 W. Short Street
Lexington, KY 40507

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106-6251

Theresa M. Walsh
Brown & Chiari, LLP
5775 Broadway
Lancaster, NY 14086

Anna M. Warnock
Frost, Brown & Todd, L.L.C.
250 West Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

Flossie Weill
Weill, Durand & Long, PLLC
Two Union Square
700 Tallan Building
Chattanooga, TN 37402-2207

Steven J. Weinberg
Weinbeg & Weinberg
3200 Southwest Freeway, Suite 3100
Houston, TX 77027

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett, PA
184 Commeerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Christopher A. Wright
Hershewe Law Firm
431 Virginia Avenue
Joplin, MO 64801

M00612 0018

# INVOLVED JUDGES LIST
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Curtis Lynn Collier
Chief Judge, U.S. District Court
U.S. District Court
Post Office Box 831
Chattanooga, TN 37401-0931

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall
U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. Joseph M. Hood
Chief Judge, U.S. District Court
Federal Building
101 Barr Street
Lexington, KY 40588

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614-1324

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Thomas B. Russell
U.S. District Judge
307 Federal Building
501 Broadway Street
Paducah, KY 42001

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-1116

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Douglas P. Woodlock
U.S. District Judge
4110 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

M00612019

# INVOLVED CLERKS LIST
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Jeffrey A. Apperson, Clerk
120 Federal Building
241 East Main Street
Bowling Green, KY 42101

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Leslie G. Whitmer, Clerk
313 John C. Watts Federal Building
330 West Broadway
Frankfort, KY 40601

Leslie G. Whitmer, Clerk
P.O. Drawer 3074
Lexington, KY 40588-3074

Leslie G. Whitmer, Clerk
P.O. Box 5121
London, KY 40745

Leslie G. Whitmer, Clerk
203 Federal Building
110 Main Street
Pikeville, KY 41501

Norbert G. Jaworski, Clerk
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. Courthouse
595 Main Street
Worcester, MA 01608

William G. Putnicki, Clerk
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

M00612 0020

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:      [202] 502-2888

http://www.jpml.uscourts.gov

February 14, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule A of Order)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
       Deputy Clerk

Enclosures/Attachment

cc: Transferee Judge:   Judge Eldon E. Fallon
    Transferor Judges:  (See Attached List of Judges)
    Transferor Clerks:  (See Attached List of Clerks)

JPML Form 29A

M00612 0021