UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATHLEEN MARTIN,
    Plaintiff,

    v.

CIVIL ACTION NO.
05-11716-DPW

MERCK & CO., INC.,
DR. CHARLES CARR,
BRIGHAM & WOMEN'S HOSPITAL,
DR. PETER J. MILLET,
DARTMOUTH HITCHCOCK MEDICAL CENTER,
and ROSHINI PINTO POWELL
    Respondent.

## ORDER OF DISMISSAL

WOODLOCK, District Judge

After hearing held on November 30, 2005 and in accordance with this Court's rulings in open court and reflected in the stenographer's notes, and in accordance with the Order of Transfer Issued by the Judicial Panel on Multidistrict Litigation issued on February 14, 2006, is hereby ORDERED that:

**Defendants Dr. Charles Carr, Dr. Roshini Pinto Powell, and Dartmouth Hitchcock Medical Center are DISMISSED;**

**Defendants Dr. Peter J. Millet and Brigham & Women's Hospital are REMANDED to Essex County Superior Court for the Commonwealth of Massachusetts; and**

**Plaintiff Kathleen Martin and Defendant Merck & Co, Inc. are TRANSFERRED to the U. S. District Court for the Eastern District of Louisiana for consolidation with MDL 1657.**

BY THE COURT,

Date: June 23, 2006

/s/ Michelle Rynne
Deputy Clerk